# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.    CV 17-5047-SS | Date: February 27, 2017 |
| | Page 1 of 2 |

Title:    Blanca Margolis v. Commissioner of Social Security

| DOCKET ENTRY: | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
|---|---|

PRESENT:

### HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):              ATTORNEYS PRESENT FOR DEFENDANT(S):

    None Present                                                                    None Present

**PROCEEDINGS: (IN CHAMBERS)**

On July 10, 2017, Blanca Margolis ("Plaintiff") filed a Complaint seeking review of Defendant's decision denying disability benefits. On December 22, 2017, Defendant filed an Answer to the Complaint and a Certified Administrative Record. Pursuant to the Court's July 17, 2017 Order Re: Procedures in Social Security Appeal, Plaintiff was required to file a "Memorandum in Support of Plaintiff's Complaint" by January 26, 2018. As of today, Plaintiff has not filed the required memorandum.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint." NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED.

\\
\\
\\
\\
\\
\\
\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   CV 17-5047-SS | Date: February 27, 2017 |
| | Page 2 of 2 |

Title:   Blanca Margolis v. Commissioner of Social Security

**Plaintiff is expressly advised that failure to timely file the require memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and Defendant.