**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA MARGOLIS,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social<br>Security,<br><br>               Defendant. | Case No. CV 17-5047 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:  June 22, 2018

                                           /S/

                                       SUZANNE H. SEGAL<br>                                       UNITED STATES MAGISTRATE JUDGE